IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-_____ |
| v. | : | DATE FILED: _____ |
| ERIC K. GIBBS | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 11 counts) |
| | : | 18 U.S.C. § 922(a)(1)(A) (dealing firearms without a license – 1 count) |
| | : | Notice of Forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or around September 25, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a black M&P 15-22 rifle, bearing serial number HBT7200, with a magazine and 200 rounds of 22 caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around October 2, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a SCCY, CPX-2, 9mm pistol, bearing serial number 949327, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around October 4, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a Smith & Wesson, model M&P9, 9mm pistol, bearing serial number NLR3029, with one magazine containing 9 rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around October 7, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a G2C 9mm handgun, bearing serial number TMR35161, with a 17 round magazine and a KAHR Arms, CW9, 9mm pistol, bearing serial number EH2394, and the firearms were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around October 10, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a Beretta, model PX4 Storm, 9mm pistol, bearing serial number PX139381 and a Taurus, model TH40C, .40 caliber pistol, bearing serial number SMD64226, and the firearms were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around October 12, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: an Intratec, Tec-9, 9mm pistol, bearing serial number 121798, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around October 23, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a Remington, model RP9, 9mm pistol, bearing serial number RP001066H, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around October 30, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a Radical Firearms LLC, model RFS-15, multi caliber rifle, bearing serial number RFS 02570, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around November 2, 2023, in the Eastern District of Pennsylvania, defendant

**ERIC K. GIBBS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a Del-Ton INC, DTI-15, 5.56 caliber pistol, bearing serial number B63201, with 12 rounds of LC 5.56 ammunition, and a .223/ 5.56 Pro Mag large capacity magazine, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around November 9, 2023, in the Eastern District of Pennsylvania, defendant

## ERIC K. GIBBS

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a Glock, model 43x, 9mm pistol, bearing serial number BWCS369 and a magazine, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or around November 14, 2023, in the Eastern District of Pennsylvania, defendant

## ERIC K. GIBBS

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following, that is: a Taurus, G3C, 9mm pistol, with an obliterated serial number; a Ruger, LCP, .380 caliber pistol, bearing serial number 372505663; and a Kel-Tec, SUB-2000, 9mm rifle, with an obliterated serial number, and the firearms were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or around September 2023, through in and around November 2023, in the Eastern District of Pennsylvania, and elsewhere, defendant

## ERIC K. GIBBS

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 922(g)(1) and 922(a)(1)(A) set forth in this indictment, defendant

## ERIC K. GIBBS

shall forfeit to the United States of America the firearms and ammunition involved in the commission of these offenses, including, but not limited to:

(1) a black M&P 15-22 rifle, bearing serial number HBT7200, with a magazine and 200 rounds of 22 caliber ammunition;

(2) a SCCY, CPX-2, 9mm pistol, bearing serial number 949327;

(3) a Smith & Wesson, model M&P9, 9mm pistol, bearing serial number NLR3029, with one magazine containing 9 rounds of ammunition;

(4) a G2C 9mm handgun, bearing serial number TMR35161, with a 17 round magazine;

(5) a KAHR Arms, CW9, 9mm pistol, bearing serial number EH2394;

(6) a Beretta, model PX4 Storm, 9mm pistol, bearing serial number PX139381;

(7) a Taurus, model TH40C, .40 caliber pistol, bearing serial number SMD64226;

(8) an Intratec, Tec-9, 9mm pistol, bearing serial number 121798;

(9) a Remington, model RP9, 9mm pistol, bearing serial number RP001066H;

(10) a Radical Firearms LLC, model RFS-15, multi caliber rifle, bearing serial number RFS 02570;

(11) a Del-Ton INC, DTI-15, 5.56 caliber pistol, bearing serial number B63201, with 12 rounds of LC 5.56 ammunition, and a .223/ 5.56 Pro Mag large capacity magazine;

(12) a Glock, model 43x, 9mm pistol, bearing serial number BWCS369 and a magazine;

(13) a Taurus, G3C, 9mm pistol, with an obliterated serial number;

(14) a Ruger, LCP, .380 caliber pistol, bearing serial number 372505663; and

(15) a Kel-Tec, SUB-2000, 9mm rifle, with an obliterated serial number.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:



_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

ERIC K. GIBBS

## INFORMATION

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – Count 1)
18 U.S.C. § 922(a)(1)(A) (dealing firearms without a license – Count 2)
Notice of Forfeiture



Filed in op_
Of \_\_

Bail, $_____